**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00277-CV**
_____

**IN THE INTEREST OF K.B.D.**

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 36495**

## ORDER

Appellant, Kimberly DuBois, filed a motion to supplement the record with items she claims were improperly omitted from the reporter's record. Appellant contends that both parties and the trial court treated a document identified as an Alliance/Biogene DNA test and marked as Counterrespondent's Exhibit Number 1 as if it had been admitted in evidence on a hearing held on November 1, 2017, and she requests that the exhibit be included in the appellate record although she concedes the exhibit was not formally admitted in evidence and is not in the custody of the court reporter. Appellant further contends that the reporter's record of a

1

hearing held on June 22, 2018, omitted the final ten minutes of the hearing, including appellant's offer of proof.

It appears there is a dispute regarding the accuracy of the reporter's records of the November 1, 2017 and June 22, 2018 hearings. *See* Tex. R. App. P. 34.6(e)(3). Therefore, the appeal is abated and the case is remanded to the trial court for a hearing to resolve the dispute. The trial court shall determine whether the parties and the trial court treated an Alliance/Biogene DNA test as an admitted exhibit at the November 1, 2017 hearing, and if so, whether the record can be supplemented with an accurate copy of the exhibit. Additionally, the trial court shall determine when the June 22, 2018 hearing was adjourned, whether Appellant made an offer of proof during the hearing, and if so, whether the contents of the offer of proof may be accurately determined. A supplemental reporter's record of the hearing, including any exhibits offered in the hearing, together with a supplemental clerk's record containing any findings and orders of the trial court, shall be filed with the Court of Appeals by April 8, 2019. The appeal will be reinstated without further order of this Court when the supplemental record is filed with the appellate court.

Appellant's request to include original audio recordings of the hearings in the reporter's record is denied.

ORDER ENTERED March 7, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger, and Horton, JJ.

2